UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARDEN CITY BOXING CLUB,

    Plaintiff(s),

                                                   Case No. 04-73093

v

TANIA, INCORPORATED , et al,        HONORABLE AVERN COHN
                                                   UNITED STATES DISTRICT JUDGE

    Defendant(s).
_____/

### ORDER OF DISMISSAL

Upon review of the above mentioned case filed on August 12, 2004, and no response being filed to the Order to Show Cause entered on June 27, 2005;

**IT IS ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED** according to Local Rule 41.2 for lack of prosecution.

                                                   s/ Avern Cohn
                                                 AVERN COHN
                                                 UNITED STATES DISTRICT JUDGE

Dated: September 02, 2005